I must respectfully dissent from the affirmance of the trial court's summary judgment in favor of Robert Ledford. The trial court determined that Ledford could not be personally liable for the torts of negligence, trespass, public nuisance, and private nuisance allegedly committed by his corporation, Alabama Earth Products, Inc.
 "`It is thoroughly well settled that a man is personally liable for all torts committed by him, consisting in misfeasance — as fraud, conversion, acts done negligently, etc. — notwithstanding that he may have acted as an agent or under directions of another. And this is true to the full extent as to torts committed by the officers or agents of a corporation in the management of its affairs. The fact that the circumstances are such as to render the corporation liable is altogether immaterial. . . .'
". . . .
 "In order to hold an officer of a corporation liable for the negligent or wrongful acts of the corporation, `"there must have been upon his part such a breach of duty as contributed to, or helped bring about, the injury; that is to say, he must be a participant in the wrongful act."'"
Crigler v. Salac, 438 So.2d 1375, 1380 (Ala. 1983) (quoting Fletcher'sCyclopedia of Corporations, § 1135 at 202-03 and § 1137 at 208 (1975)) (emphasis added).
Ledford testified that he had total decision-making authority over where to place the material his company composts. Although his affidavit states that he was not personally involved in any activity on the property that is the subject of this lawsuit, his deposition clearly indicates that he made the decision to place compost on the property. In fact, his deposition revealed that he makes all the decisions for the corporation.
From the evidence presented on the motion for summary judgment, I cannot conclude that Ledford was entitled to a judgment as a matter of law. The evidence demonstrates that he was a participant in the alleged negligent placement of the compost material, the alleged trespass, and the alleged creation of a nuisance. Therefore, I must respectfully dissent.